FILED - GR

June 17, 2026 1:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY. AR /6·17

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Cory Jay DeHaan

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list names on an additional page.)

1:26-cv-1884
Sally Berens - Magistrate Judge

v.

1) James DeHaan

2) Jamon DeHaan

3) Gaynel DeHaan

(Enter above the full name of the defendant(s) in this action.  If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

### I.  Previous Lawsuits

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?  Yes ☑  No ☑

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

United States District Court western District OF Michigan (Southern division

2.  Is the action still pending?    Yes ☑  No ☐

a.  If your answer was no, state precisely how the action was resolved: _____

3.  Did you appeal the decision?    Yes ☐  No ☑

4.  Is the appeal still pending?    Yes ☑  No ☐

a.  If not pending, what was the decision on appeal? _____

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☑  No ☐

a.  If so, explain: I am wrongfully held In Kent County Im a Federal officer In the CIA

- 2 -

II. **Parties**

    A.  Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Cory. Jay - DeHaan_

Place of Present Confinement _Kent County Correctional Facility_

Address _703 Ball Ave N.W. Grand Rapid's, MI 49503_

Place of Confinement During Events Described in Complaint _Kent County_

    B.  Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _James. A. DeHaan_

Position or Title _Kent County - Private Investigater/Court worker_

Place of Employment _Kent County_

Address _703 Ball ave N.W. Grand Rapid's, MI "49503"_

Official and/or personal capacity? _____

Name of Defendant #2 _Jamon DeHaan_

Position or Title _Kent County "Sheriff's office" (Sheriff)_

Place of Employment _Kent County_

Address _703 ball ave N.W. Grand Rapid's "49503"_

Official and/or personal capacity? _____

Name of Defendant #3 _Gaynel DeHaan_

Position or Title _Kent County - Private Investigater (court worker)_

Place of Employment _Kent County (sheriffs office)_

Address _703 ball ave. N.W. Grand Rapid's MI 49503_

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _Civil attorney_

Place of Employment _attorney_

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

My Right's have been Violated,

'I, am a (CIA Police Officer),

"under contract"! My Father

James DeHaan, Medically endused

me back In "June of 2023", He

Forced me, to sign an apha-david

Between "6" Police agency's, It was

Crime's commited by upward's of

twenty Five Police officer's In

(Allegan)(kent)(ottawa)(Newago)"county"!

They all have commited rape's

and murder's and I am

In Breach of my Federal contract

and am Requesting (Release.)

This apha-david IS held In Private

civil case's (kent county has,"between Police"

(W.D. Mich. Form – Last Revised: September 2021)

Gaynel, DeHaan and Jamon DeHaan were also Author's of the "apha-david" and are envolved currently. I am currently held In "Kent County" and my kid's are also Involved! my daughter, "aya" has been here for the last "6" month's She has been getting "raped" above D"1" Along with plenty other kid's over the "10 month's" I have been housed In, "Kent county" the "apha-DaviD" IS Causing my kid's too sit In

Jail with me, and It's so bad they're aterisk and there IS No consent on my behalf I am requesting immediate Notice to the "Federal office", an CIA. Im also, "Govenor-Gretchen Whitmer's Son!

I Feel IM violated upon (8,10, 14) &Counting

Your's Truly ——— Cory DeHaan

all case's are NON-Legitimate I do Servelance For "CIA" and am working a "15 year Investigatio

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Immediate release, Kid's released and Child protective services, Involved, assyrity that Im Not In breach of my 15 year contract, and Notify, Gretchen Whitmer... Due to my Fed O.P. I cannot Contact her until She IS out of office... criminal charge's UPON defend-ant's.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

6/13/26
6-13-2026

**Date**

_Copy_ _____

**Signature of Plaintiff**

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -

(W.D. Mich. Form – Last Revised: September 2021)

Kent County
Sheriff's Office + Cory Deitaan
703 Ball ave NW + (Federal-officer)
Grand rapids "49503"    &Inmate

GRAND RAPIDS MI  493

15 JUN 2026  PM 4  L



United State's
"District Court"
399 Federal Building
110 Michigan "St" N.W
Grand Rapid's MI 49503

This mail originates
from the
Kent County Correctional Facility